TRIAL COURT No. CR-20713-B ; COA CAUSE NO. 11-11-00077-CR
PD-1072-15 ; CCRA No. WR-81,202-02

EX PARTE JOEL RAMIREZ    §    TEXAS COURT OF CRIMINAL APPEALS
                         §
                         §    OF
                         §
                         §
                         § TRAVIS COUNTY, AUSTIN TEXAS

MOTION TO WAIVE NUMBER OF COPIES

COURT OF CRIMINAL APPEALS

OCT 23 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

OCT 23 2015

Abel Acosta, Clerk

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, JOEL RAMIREZ, Herein Styled Appellant, in the Following Motion Respectfully Asks this Court to Waive the Copies Necessary For the Filing of His PDR under Rule 9.3 TRAP and Would show this Court the Following.

I.

Appellant is Presently incarcerated in the Texas Department of Criminal Justice-Institutional Division (TDCJ-ID) and is Not Allowed to Earn Money where-fore Does Not Have Money to Pay For the Copies Required under TRAP. And Respectfully ask He Be Allowed to Waive said Rule.

(1)

## II

Appellant states he is a layman at law as of Haines V. Kerner and is not skilled in legal argument, drafting of writs, or motions and respectfully request this court to consider Appellant's position and construe his motions liberally.

## Prayer

Wherefore premises considered, Appellant respectfully asks this Honorable court to grant this motion.

Respectfully Submitted

Joel Ramirez #1699615
Estelle Unit
264 F.M. 3478
Huntsville Texas
77320

(2)

## Declaration

I, JOEL RAMIREZ, TDCJ # 1699615, BEING APPELLANT AND PRESENTLY INCARCERATED IN THE ESTELLE UNIT OF TDCJ-ID IN WALKER COUNTY, TEXAS, DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE AND FOREGOING MOTION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SWORN TO ON THIS   DAY OF OCTOBER, 2015.

JOEL RAMIREZ # 1699615

## Certificate of Service

I, JOEL RAMIREZ, TDCJ-ID # 1699615, BEING APPLICANT HEREIN CERTIFY THAT A TRUE AND CORRECT COPY OF THE MOTION ENCLOSED HAS BEEN MAILED TO THE CLERK OF THE COURT OF APPEALS, ELEVENTH DISTRICT OF TEXAS, P.O. BOX 271, EASTLAND TEXAS 76448, BY PLACING THE SAME IN THE UNITED STATES MAIL POSTAGE PRE-PAID ON THIS 16 DAY OF OCTOBER 2015.

JOEL RAMIREZ # 1699615